# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**NATHANIEL WAUGH,**

    **Plaintiff,**

v.                                          Case No. 8:22-cv-1453-WFJ-AAS

**DEPARTMENT OF CORRECTIONS**
**OF FLORIDA,** *et al.,*

    **Defendants.**

_____/

## O R D E R

This cause comes before the Court on Plaintiff Waugh's civil rights Complaint (Doc. 1) and motion to proceed *in forma pauperis* (Doc. 2). Having reviewed the Complaint and being otherwise fully advised the Court Orders as follows:

The Prison Litigation Reform Act ("PLRA") amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Thus, if a prisoner has had three or more cases dismissed for one of the recited reasons, he cannot proceed *in forma pauperis* and must pay the filing fee in full at the time the lawsuit is initiated. *Dupree v. Palmer,* 284 F.3d 1234, 1236 (11th Cir. 2002). Consequently, courts have a responsibility to dismiss cases, even *sua sponte,* under 28 U.S.C. § 1915(g). *See, e.g., Casey v. Scott,* 493 F. App'x 1000, 1001 (11th Cir. 2012).

Plaintiff's prior cases, dismissed as either frivolous, malicious, or for the failure to state a claim upon which relief may be granted include *Waugh v. Conklin,* 2:10-cv-14083-KMM (S.D. Fla.); *Waugh v. Highlands Cty. Sheriff's Office,* 2:12-cv-14382-JEM (S.D. Fla.); *Waugh v. Sarasota Cty. Sheriff Office,* 1:17-cv-21145-DPG (S.D. Fla.); and *Waugh v. Florida Dep't of Law Enforcement,* 4:19-cv-29-MW-CJK (N.D. Fla).

Because he has had three prior dismissals that qualify under Section 1915(g), he does not allege that he is in imminent danger of serious physical injury, and he has not paid the filing fee, Plaintiff's complaint is due to be dismissed. Plaintiff may initiate a new civil rights case by filing a civil rights complaint and paying the filing fee in full.

Accordingly, it is **ORDERED** that:

- 3 -

1. The complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** to the filing of a new complaint, in a new case, with a new case number, upon the payment of the filing fee.

2. The **CLERK** is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida, on July 21, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE